IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLOOMBERG L.P.**, <br> 731 Lexington Ave <br> New York, NY 10022 <br><br> **Plaintiff,** <br><br> v. <br><br> **U.S. DEPARTMENT OF COMMERCE,** <br> Office of General Counsel <br> 1401 Constitution Ave NW <br> Washington, D.C. 20230 <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1. Plaintiff BLOOMBERG L.P. brings this suit to force Defendant U.S. DEPARTMENT OF COMMERCE to comply with Plaintiff's FOIA requests and produce records, including agency communications, referencing "SHOT Show" (an exposition of firearms, ammunition, law enforcement, and other products) and firearm lobbyists. In violation of FOIA, Defendant failed to issue determinations and failed to produce records responsive to the requests.

## PARTIES

2. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio, streaming video, print, and live events. BLOOMBERG L.P. made the FOIA request at issue in this case.

3. Defendant U.S. DEPARTMENT OF COMMERCE ("DOC") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## FEBRUARY 7, 2023, FOIA REQUEST (BIS SHOT SHOW)

6. On February 7, 2023, BLOOMBERG submitted a FOIA request to Bureau of Industry and Security ("BIS"), a component of DOC, for the following records:

[1] Any audits, analyses, annual reviews or cost assessments of the Commerce Department's involvement in the annual SHOT Show firearms exhibition from 2014 (when Commerce chose SHOT Show to be part of its International Buyer Program) to the present;

[2] Any written or electronic correspondence between the Commerce Department's Bureau of Industry and Security and employees (or representatives of) the SHOT Show's sponsor, the National Shooting Sports Foundation regarding SHOT Show 2022 and/or 2023 ( Date range of search is from January 1, 2021 until the date this request is processed). Search keywords should include (but not be limited to): "SHOT Show" "NSSF" "Tepp program" "buyer's delegation" "HAVA" "Hava NSSF Golf Classic" "Bear's Best" "International Buyer Program" "International Buyer Recruitment" "Business-to-Business Matchmaking" "Country-Specific Briefings" "ITA match" "Showtime Program" and "Export Counseling";

[3] Any written or electronic correspondence (including overseas cables) between the Commerce Department's Bureau of Industry and Security and the US State Department regarding SHOT Show 2022 and/or 2023 (Date range of search is from January 1, 2021 until the date this request is processed). Search keywords should include (but not be limited to): "SHOT Show" "NSSF" "Tepp program" "buyer's delegation" "HAVA" "Hava NSSF Golf Classic" "Bear's Best" "International Buyer Program" "International Buyer Recruitment" "Business-to-Business Matchmaking" "Country-Specific Briefings" "ITA match" "Showtime Program" and "Export Counseling";

[4] Any written or electronic correspondence about SHOT SHOW 2022 and/or 2023 between employees of the Department of Commerce BIS and employees (or representatives) of the following companies: Smith & Wesson, Glock, Sig Sauer, Bushmaster, Winchester, Savage Arms, Heckler & Koch; and

[5] Any risk management analyses or reports discussing the risk of the Department of Commerce doing business or working with the NSSF, the SHOT SHOW and/or the following companies: Smith & Wesson, Glock, Sig Sauer, Bushmaster, Winchester, Savage Arms, Heckler & Koch.

A true and correct copy of the FOIA request is attached as Exhibit 1.

7. On February 8, 2023, BIS acknowledged receipt of the request and assigned reference number DOC-BIS-2023-001067 to the request. A true and correct copy of the email is attached as Exhibit 2.

8. As of the date of this filing, in violation of FOIA, Defendant and its component have not issued a determination and have produced no records responsive to the request.

**FEBRUARY 9, 2023, FOIA REQUEST (OFFICE OF SECRETARY SHOT SHOW)**

9. On February 9, 2023, BLOOMBERG submitted a FOIA request to the Office of Secretary, a component of DOC, for the following records:

[1] Any audits, analyses, annual reviews, training materials, or budget assessments pertaining to the Commerce Department's involvement in the annual SHOT Show firearms exhibition from 2014 (when Commerce chose SHOT Show to be part of its International Buyer Program) to the present;

[2] Any written or electronic correspondence between the Commerce Department's Office of Secretary and employees (or representatives of) the SHOT Show's sponsor, the National Shooting Sports Foundation regarding SHOT Show 2022 and/or 2023 (Date range of search is from January 1, 2021 until the date this request is processed). Search keywords should include (but not limited to): "SHOT Show," "NSSF," "Tepp program," "buyer's delegation," "HAVA," "Hava NSSF Golf Classic," "Bear's Best," "International Buyer Program," "International Buyer Recruitment," "Business-to-Business Matchmaking," "Country-Specific Briefings," "ITA match," "Showtime Program," and "Export Counseling.";

[3] Any written or electronic correspondence between the Commerce Department's Office of Secretary and the U.S. Department of State regarding SHOT Show 2022 or 2023 (Date range of search is from January 1, 2021 until the date this request is processed). Search keywords should include (but not limited to): "SHOT Show," "NSSF," "Tepp program," "buyer's delegation," "HAVA," "Hava NSSF Golf Classic," "Bear's Best," "International Buyer Program," "International Buyer Recruitment," "Business-to-Business Matchmaking," "Country-Specific Briefings," "ITA match," "Showtime Program," and "Export Counseling.";

[4] Any written or electronic correspondence about SHOT SHOW 2022 and/or 2023 between employees of the Department of Commerce Office of Secretary and employees (or representatives) of the following companies: Smith & Wesson, Glock, Sig Sauer, Bushmaster, Winchester, Savage Arms, Heckler & Koch;

[5] Any risk management analyses or reports discussing the risk of the Department of Commerce doing business or working with the NSSF, the SHOT SHOW and/or the following companies: Smith & Wesson, Glock, Sig Sauer, Bushmaster, Winchester, Savage Arms, Heckler & Koch.

A true and correct copy of the February 9, 2023 FOIA request directed to Office of Secretary is attached as Exhibit 3 at 2-7.

10. On March 7, 2023, BLOOMBERG asked Office of Secretary to acknowledge receipt of the request and provide a reference number for the February 9, 2023 FOIA request. *Id.* at 2.

11. On March 8, 2023, DOC stated that it asked "Bureau of Industry and Secretary (BIS) to send" an acknowledgement and status. DOC provided the reference number DOC-BIS-2023-001067. *Id.* at 1.

12. DOC-BIS-2023-001067 is the reference number for BLOOMBERG's February 7, 2023 FOIA request, directed to BIS. *See* ¶¶ 6-7; Exhibit 2.

13. DOC did not explain why it assigned a BIS reference number to BLOOMBERG's FOIA request to the Office of Secretary.

14. As of the date of this filing, in violation of FOIA, Defendant and its component have not issued a determination and have produced no records responsive to the request.

**MARCH 9, 2023, FIRST FOIA REQUEST (ITA LOBBYIST COMMUNICATIONS)**

15. On March 9, 2023, BLOOMBERG submitted a FOIA request to ITA for "[a]ny communications, including texts or emails, to and from DOC's International Trade Administration" referencing lobbyists or lobbying organizations, such as Crossroads Strategies,

Barnes & Thornburg, F.A.I.R Trade Group, National Sports Shooing Foundation, and more. In addition to providing search terms, BLOOMBERG identified specific offices for the scope of the request and limited the time frame for the search to January 1, 2017, through present. A true and correct copy of the FOIA request is attached as Exhibit 4.

16. On March 9, 2023, ITA acknowledged receipt of the request and assigned reference number DOC-ITA-2023-001343 to the request. A true and correct copy of the letter is attached as Exhibit 5.

17. In response to BLOOMBERG's status inquiry about the FOIA request, on March 21, 2023, DOC stated that ITA is processing the request. A true and correct copy of the correspondence is attached as Exhibit 6.

18. As of the date of this filing, in violation of FOIA, Defendant and its component have not issued a determination and have produced no records responsive to the request.

**MARCH 9, 2023 SECOND FOIA REQUEST (BIS LOBBYIST COMMUNICATIONS)**

19. On March 9, 2023, BLOOMBERG submitted a FOIA request to BIS for "[a]ny communications, including texts or emails, to and from DOC's Bureau of Industry and Security" referring to lobbyists or lobbying organizations, such as Crossroads Strategies, Barnes & Thornburg, F.A.I.R Trade Group, National Sports Shooing Foundation, and more. In addition to providing search terms, BLOOMBERG identified specific offices for DOC to search and limited the time frame for the search to January 1, 2017, through present. A true and correct copy of the FOIA request is attached as Exhibit 7.

20. On March 9, 2023, BIS acknowledged receipt of the request and assigned reference number DOC-BIS-2023-001344 to the request. A true and correct copy of the acknowledgement is attached as Exhibit 8.

21. On March 20, 2023, BIS asked BLOOMBERG to limit the scope of the request. A true and correct copy of the March 20, 2023 email that attached BIS' letter, dated March 17, 2023, is available as Exhibit 9.

22. On March 21, 2023, BLOOMBERG narrowed the scope of the request by excluding individual hard drives or "desk-by-desk" search. BLOOMBERG indicated that it only seeks records that are accessible on electronic databases stored on network servers, including servers storing emails, electronic calendars, and building access log information. A true and correct copy of the email correspondence is attached as Exhibit 10.

23. BIS never confirmed receipt of BLOOMBERG's email narrowing the scope of the request.

24. Upon information and belief, BIS received BLOOMBERG's March 21, 2023 email narrowing the scope of the request.

25. As of the date of this filing, in violation of FOIA, Defendant and its component have not issued a determination and have produced no records responsive to the request.

**COUNT I – FEBRUARY 7, 2023, FOIA REQUEST (BIS SHOT SHOW), DOC'S FOIA VIOLATION**

26. The above paragraphs are incorporated by reference.

27. BLOOMBERG's FOIA request seeks the disclosure of agency records and was properly made.

28. Defendant DOC and its component BIS are federal agencies subject to FOIA.

29. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

30. Defendant DOC has failed to issue a complete determination within the statutory deadline.

31. Defendant DOC has failed to conduct a reasonable search for records responsive to the request.

32. Defendant DOC has failed to produce non-exempt records responsive to the request.

**COUNT II – FEBRUARY 9, 2023, FOIA REQUEST
(OFFICE OF SECRETARY SHOT SHOW),
DOC'S FOIA VIOLATION**

33. The above paragraphs are incorporated by reference.

34. BLOOMBERG's FOIA request seeks the disclosure of agency records and was properly made.

35. Defendant DOC and its component Office of Secretary are federal agencies subject to FOIA.

36. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

37. Defendant DOC has failed to issue a complete determination within the statutory deadline.

38. Defendant DOC has failed to conduct a reasonable search for records responsive to the request.

39. Defendant DOC has failed to produce non-exempt records responsive to the request.

**COUNT III – MARCH 9, 2023, FIRST FOIA REQUEST
(ITA LOBBYIST COMMUNICATIONS),
DOC'S FOIA VIOLATION**

40. The above paragraphs are incorporated by reference.

41. BLOOMBERG's FOIA request seeks the disclosure of agency records and was properly made.

42. Defendant DOC and its component ITA are federal agencies subject to FOIA.

43. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

44. Defendant DOC has failed to issue a complete determination within the statutory deadline.

45. Defendant DOC has failed to conduct a reasonable search for records responsive to the request.

46. Defendant DOC has failed to produce non-exempt records responsive to the request.

### COUNT IV – MARCH 9, 2023, SECOND FOIA REQUEST
### (BIS LOBBYIST COMMUNICATIONS),
### DOC'S FOIA VIOLATION

47. The above paragraphs are incorporated by reference.

48. BLOOMBERG's FOIA request seeks the disclosure of agency records and was properly made.

49. Defendant DOC and its component BIS are federal agencies subject to FOIA.

50. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

51. Defendant DOC has failed to issue a complete determination within the statutory deadline.

52. Defendant DOC has failed to conduct a reasonable search for records responsive to the request.

- 9 -

53. Defendant DOC has failed to produce non-exempt records responsive to the request.

**WHEREFORE,** Plaintiff asks the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records responsive to the requests;

iii. order Defendant to issue a complete determination for all requests at issue in this case;

iv. order Defendant to produce all non-exempt requested records or portions of records promptly;

v. enjoin Defendant from withholding non-exempt public records under FOIA;

vi. award Plaintiff attorneys' fees and costs; and

vii. award such other relief the Court considers appropriate.

Dated:  May 25, 2023

                                                  RESPECTFULLY SUBMITTED,

                                                  */s/ Matthew V. Topic*

Attorneys for Plaintiff
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com