# Exhibit 1

**From:** David Kocieniewski (BLOOMBERG/ NEWSROOM:) <dkocieniewsk@bloomberg.net>
**Sent:** Tuesday, February 7, 2023 12:58 PM
**To:** Grace Agyekum <Grace.Agyekum@bis.doc.gov>
**Subject:** Bloomberg FOIA Commerce BIS and the SHOT Show

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Dear Ms. Agyekum,

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records.

REQUESTER INFORMATION

**Name:** David Kocieniewski

**Affiliation:** Bloomberg/Businessweek

**Address:** 731 Lexington Avenue, New York, NY 10022

**Email:** davidkski@gmail.com

**Phone:** (215) 431-6679

RECORDS SOUGHT

I request disclosure of the following records:

1. Any audits, analyses, annual reviews or cost assessments of the Commerce

Department's involvement in the annual SHOT Show firearms exhibition from 2014 (when Commerce chose SHOT Show to be part of its International Buyer Program) to the present.

2. Any written or electronic correspondence between the Commerce Department's Bureau of Industry and Security and employees (or representatives of) the SHOT Show's sponsor, the National Shooting Sports Foundation regarding SHOT Show 2022 and/or 2023 ( Date range of search is from January 1, 2021 until the date this request is processed). Search keywords should include (but not be limited to): "SHOT Show" "NSSF" "Tepp program" "buyer's delegation" "HAVA" "Hava NSSF Golf Classic" "Bear's Best" "International Buyer Program" "International Buyer Recruitment" "Business-to-Business Matchmaking" "Country-Specific Briefings" "ITA match" "Showtime Program" and "Export Counseling"

3. Any written or electronic correspondence (including overseas cables) between the Commerce Department's Bureau of Industry and Security and the US State Separtment regarding SHOT Show 2022 and/or 2023 (Date range of search is from January 1, 2021 until the date this request is processed). Search keywords should include (but not be limited to): "SHOT Show" "NSSF" "Tepp program" "buyer's delegation" "HAVA" "Hava NSSF Golf Classic" "Bear's Best" "International Buyer Program" "International Buyer Recruitment" "Business-to-Business Matchmaking" "Country-Specific Briefings" "ITA match" "Showtime Program" and "Export Counseling".

4. Any written or electronic correspondence about SHOT SHOW 2022 and/or 2023 between employees of the Department of Commerce BIS and employees (or representatives) of the following companies: Smith & Wesson, Glock, Sig Sauer, Bushmaster, Winchester, Savage Arms, Heckler & Koch.

5. Any risk management analyses or reports discussing the risk of the Department of Commerce doing business or working with the NSSF, the SHOT SHOW and/or the following companies: Smith & Wesson, Glock, Sig Sauer, Bushmaster, Winchester, Savage Arms, Heckler & Koch.

**Reasonably Foreseeable Harm**. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the

agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

Commerce Department BIS should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

INSTRUCTIONS REGARDING SEARCH

1. *Request for Public Records:*

Please search for any records even if they are already publicly available.

2. *Request for Electronic and Paper/Manual Searches:*

I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted. I further request that the agencies conduct a search of its "soft files" as well as files in its locked cabinets.

3. *Request regarding Photographs and other Visual Materials:*

I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the agencies maintains a photograph digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.

4. *Request for Duplicate Pages:*

I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate" pages.

5. *Request to Search Emails:*

Please search for emails relating to the subject matter of my request.

6. *Request for Search of Records Transferred to Other Agencies:*

I request that in conducting its search, the agencies disclose releasable records even if they are available publicly through other sources outside the agencies, such as NARA.

<u>FORMAT</u>

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

REQUEST FOR EXPEDITED PROCESSING

I ask that my request receive expedited processing because the issue of increasing gun violence is a crucial matter and there is a compelling public benefit informing the public US policy regarding firearms exports in a timely manner.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I ask that the fees be waived because I am a reporter for Bloomberg News/Businessweek, and any information will be used to inform the public about pressing government policy issues.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

David Kocieniewski
Bloomberg News
731 Lexington Avenue
New York, New York 10012

dkocieniewsk@bloomberg.net
davidkski@gmail.com

mobile:(215) 431-6679
office (212) 617-4702

# Exhibit 2

## FW: FOIA Fee Waiver Disposition Reached for DOC-BIS-2023-001067

**From:** admin@foiaonline.gov
**Sent:** Wednesday, February 8, 2023 1:53 PM
**To:** davidkski@gmail.com
**Subject:** FOIA Fee Waiver Disposition Reached for DOC-BIS-2023-001067

Your request for Fee Waiver for the FOIA request DOC-BIS-2023-001067 has been fully granted. Additional details for this request are as follows:

- Request Created on: 02/07/2023
- Request Description: Request for specific records re DOC and the Shot Show.
- Fee Waiver Original Justification: I request disclosure of the following records:

  1. Any audits, analyses, annual reviews or cost assessments of the Commerce Department's involvement in the annual SHOT Show firearms exhibition from 2014 (when Commerce chose SHOT Show to be part of its International Buyer Program) to the present.
  2. Any written or electronic correspondence between the Commerce Department's Bureau of Industry and Security and employees (or representatives of) the SHOT Show's sponsor, the National Shooting Sports Foundation regarding SHOT Show 2022 and/or 2023 ( Date range of search is from January 1, 2021 until the date this request is processed). Search keywords should include (but not be limited to): "SHOT Show" "NSSF" "Tepp program" "buyer's delegation" "HAVA" "Hava NSSF Golf Classic" "Bear's Best" "International Buyer Program" "International Buyer Recruitment" "Business-to-Business Matchmaking" "Country-Specific Briefings" "ITA match" "Showtime Program" and "Export Counseling"
  3. Any written or electronic correspondence (including overseas cables) between the Commerce Department's Bureau of Industry and Security and the US State Separtment regarding SHOT Show 2022 and/or 2023 (Date range of search is from January 1, 2021 until the date this request is processed). Search keywords should include (but not be limited to): "SHOT Show" "NSSF" "Tepp program" "buyer's delegation" "HAVA" "Hava NSSF Golf Classic" "Bear's Best" "International Buyer Program" "International Buyer Recruitment" "Business-to-Business Matchmaking" "Country-Specific Briefings" "ITA match" "Showtime Program" and "Export Counseling".

  4. Any written or electronic correspondence about SHOT SHOW 2022 and/or 2023 between employees of the Department of Commerce BIS and employees (or representatives of) the following companies: Smith & Wesson, Glock, Sig Sauer, Bushmaster, Winchester, Savage Arms, Heckler & Koch.

  5. Any risk management analyses or reports discussing the risk of the Department of Commerce doing business or working with the NSSF, the SHOT SHOW and/or the following companies: Smith & Wesson, Glock, Sig Sauer, Bushmaster, Winchester, Savage Arms, Heckler & Koch.

  Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC

552(a)(8)):
(A) An agency shall—
(i) withhold information under this section only if—
(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or
(II) disclosure is prohibited by law; and
(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and
(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

Commerce Department BIS should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

INSTRUCTIONS REGARDING SEARCH

1. Request for Public Records:
Please search for any records even if they are already publicly available.
2. Request for Electronic and Paper/Manual Searches:
I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted. I further request that the agencies conduct a search of its "soft files" as well as files in its locked cabinets.
3. Request regarding Photographs and other Visual Materials:
I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the agencies maintains a photograph digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.
4. Request for Duplicate Pages:
I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate" pages.
5. Request to Search Emails:
Please search for emails relating to the subject matter of my request.
6. Request for Search of Records Transferred to Other Agencies:
I request that in conducting its search, the agencies disclose releasable records even if they are available publicly through other sources outside the agencies, such as NARA.
FORMAT
I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

REQUEST FOR EXPEDITED PROCESSING

I ask that my request receive expedited processing because the issue of increasing gun violence is a crucial matter and there is a compelling public benefit informing the public US policy regarding firearms exports in a timely manner.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I ask that the fees be waived because I am a reporter for Bloomberg News/Businessweek, and any information will be used to inform the public about pressing government policy issues.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the

operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

- Fee Waiver Disposition Reason: N/A

# Exhibit 3

## Fwd:Bloomberg FOIA request: Commerce Office of Secretary
1 message

From: David Kocieniewski (BLOOMBERG/ NEWSROOM:) At: 03/08/23 12:53:46 UTC-5:00
To:   bParsons@doc.gov
Subject: Re:RE: 2nd NOTICE - Bloomberg FOIA request: Commerce Office

Thank you.

Sent from Bloomberg Professional for Android

----- Original Message -----
From: Bobbie Parsons <bParsons@doc.gov>
To: DAVID KOCIENIEWSKI
CC: Jennifer.Kuo@bis.doc.gov, Grace.Agyekum@bis.doc.gov
At: 03/08/23 12:48:40 UTC-05:00

| EXTERNAL .GOV EMAIL: Do not click any links or open any attachments unless you trust the sender and know the content is safe. |
| --- |

Hi Mr. Kocieniewski,

Thank you for your email below. We ap

ologize for not receiving receipt within 20 days. Our tracking system should have sent you something letting you know we received your request. However, I have asked the assigned Bureau within the Department of Commerce, Bureau of Industry and Security (BIS) to send you an acknowledgement and a status. Your tracking number is DOC-BIS-2023-001067.

Thank You,

Bobbie

Bobbie Parsons

FOIA Officer, Immediate Office of the Secretary
Office of Privacy and Open Government

Phone: 202-482-3257

Email: BParsons@doc.gov

---

**From:** David Kocieniewski (BLOOMBERG/ NEWSROOM:) <dkocieniewsk@bloomberg.net>
**Sent:** Tuesday, March 7, 2023 1:07 PM
**To:** Parsons, Bobbie (Federal) <bParsons@doc.gov>
**Subject:** 2nd NOTICE - Bloomberg FOIA request: Commerce Office of Secretar and the SHOT

Dear Ms. Parsons,

I sent the attached FOIA request to you nearly a month ago but have not received either a notice of receipt or a file tracking number.

As you know, the FOIA stature requires an acknowledgement of receipt with 20 days, so I am hereby formally requesting that you send me one, along with a tracking number and an estimated date of completion for my records request.

Thank you,

David Kocieniewski

From: David Kocieniewski (BLOOMBERG/ NEWSROOM:) At: 02/09/23 18:40:44 UTC-5:00

To: BParsons@doc.gov
Subject: Bloomberg FOIA request: Commerce Office of Secretar and the SHOT

Dear Ms. Parsons,

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records.

REQUESTER INFORMATION

**Name:** David Kocieniewski

**Affiliation:** Bloomberg/Businessweek

**Address:** 731 Lexington Avenue, New York, NY 10022

**Email:**davidkski@gmail.com

**Phone:** (215) 431-6679

RECORDS SOUGHT

I request disclosure of the following records:

1. Any audits, analyses, annual reviews, training manuals, or budget assessments pertaining to the Commerce Department's involvement in the annual SHOT Show firearms exhibition from 2014 (when Commerce chose SHOT Show to be part of its International Buyer Program) to the present.

2. Any written or electronic correspondence between the Commerce Department's Office of Secretary and employees (or representatives of) the SHOT Show's sponsor, the National Shooting Sports Foundation regarding SHOT Show 2022 and/or 2023 ( Date range of search is from January 1, 2021 until the date this request is processed). Search keywords should include (but not be limited to): "SHOT Show" "NSSF" "Tepp program" "buyer's delegation" "HAVA" "Hava NSSF Golf Classic" "Bear's Best" "International Buyer Program" "International Buyer Recruitment" "Business-to-Business Matchmaking" "Country-Specific Briefings" "ITA match" "Showtime Program" and "Export Counseling".

3. Any written or electronic correspondence between the Commerce Department's Office of Secretary and the U.S. Department of State regarding SHOT Show 2022 or 2023

   ( Date range of search is from January 1, 2021 until the date this request is processed). Search keywords should include (but not be limited to): "SHOT Show" "NSSF" "Tepp program" "buyer's

delegation" "HAVA" "Hava NSSF Golf Classic" "Bear's Best" "International Buyer Program" "International Buyer Recruitment" "Business-to-Business Matchmaking" "Country-Specific Briefings" "ITA match" "Showtime Program" and "Export Counseling"

4. Any written or electronic correspondence about SHOT SHOW 2022 and/or 2023 between employees of the Department of Commerce Office of Secretary and employees (or representatives) of the following companies: Smith & Wesson, Glock, Sig Sauer, Bushmaster, Winchester, Savage Arms, Heckler & Koch.

5. Any risk management analyses or reports discussing the risk of the Department of Commerce doing business or working with the NSSF, the SHOT SHOW and/or the following companies: Smith & Wesson, Glock, Sig Sauer, Bushmaster, Winchester, Savage Arms, Heckler & Koch.

**Reasonably Foreseeable Harm**. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

The Department of Commerce should not fail to meet the requirements of Section 552(a)(8) when

processing my request and release responsive records to me in full or at least in part.

<u>INSTRUCTIONS REGARDING SEARCH</u>

1. *Request for Public Records:*

Please search for any records even if they are already publicly available.

2. *Request for Electronic and Paper/Manual Searches:*

I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted. I further request that the agencies conduct a search of its "soft files" as well as files in its locked cabinets.

3. *Request regarding Photographs and other Visual Materials:*

I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the agencies maintains a photograph digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.

4. *Request for Duplicate Pages:*

I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate"

pages.

5. *Request to Search Emails:*

Please search for emails relating to the subject matter of my request.

6. *Request for Search of Records Transferred to Other Agencies:*

I request that in conducting its search, the agencies disclose releasable records even if they are available publicly through other sources outside the agencies, such as NARA.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

REQUEST FOR EXPEDITED PROCESSING

I ask that my request receive expedited processing because the issue of increasing gun violence is a crucial matter and there is a compelling public benefit informing the public US policy regarding firearms exports in a timely manner.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I ask that the fees be waived because I am a reporter for Bloomberg News/Businessweek, and any information will be used to inform the public about pressing government policy issues.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought detail the operations and activities of government. This

request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

David Kocieniewski
Bloomberg News
731 Lexington Avenue
New York, New York 10012

dkocieniewsk@bloomberg.net
davidkski@gmail.com

mobile:(215) 431-6679
office (212) 617-4702

# Exhibit 4

From: Michael Riley (BLOOMBERG/ NEWSROOM:) At: 03/09/23
12:38:03 UTC-5:00

To: bparsons@doc.gov
Subject: FOIA request from Bloomberg News


This is a request for records under the Freedom of
Information Act ("FOIA"), 5 U.S.C. § 552 and the
Privacy Act, 5 U.S.C. § 552a. This request should be
considered under both statutes to maximize the release
of records.


REQUESTER INFORMATION

**Name:** Michael Riley

**Affiliation:** Bloomberg News

**Address:** 1101 New York Ave NW, Washington D.C. 20005

**Email:** michaelriley@bloomberg.net

**Phone:** (720) 635-8553


RECORDS SOUGHT


I request disclosure of the following records:

Any communications, including texts or emails, to and
from the DOC/Office of the Secretarywhich include the
following keywords. Also please include all other
documents within those divisions containing those

keywords, including calendar entries, pre- and post-meeting briefings, and building access clearances. For emails, please search only the accounts of individuals ranked GS-15 and above.

Please search for communications beginning on Jan. 1, 2017 through the present. Additionally, please search all units of the secretary's office, including:

Office of the Deputy Secretary; Office of the Chief of Staff; Office of the General Counsel; Office of Executive Secretariat; Office of the White House Liaison; Office of Policy and Strategic Planning; Office of Legislative and Intergovernmental Affairs; Office of Scheduling and Advance; Office of Public Affairs; Office of Business Liaison; Center for Faith-Based and Neighborhood Partnerships

Keywords (all keywords refer to lobbyists or lobbying organizations with client/member interests relevant to the Secretary's Office):

Crossroads Strategies, crshq.com, John Green, Stewart Hall, Elizabeth Hart, Mathew Lapins, Hunter Moorhead, Steve Tilton, Todd Weiss, Matt Wise, Anne Brady, Mathew Lapinski, Wally Burnett, Barnes & Thornburg, btlaw.com, Crain Burkhardt, Robert Grand, Bob Grand;

F.A.I.R.Trade Group; fairtradegroup.org; Michael Faucette, Johanna Reeves, Bobby Cox, bobby.cox@sigsauer.com, bobbycox82@yahoo.com, jreeves@reevesdola.com;

National Sports Shooting Foundation; nssf.org;Steve Sanetti; Doug Painter; Lawrence Keane; Mark Oliva; Patrick Rothwell; Diane Cihota; Sean Smith; Natural Resource Results LLC; natural resourceresults.com; Mitch Butler; David Anderson; William Kelleher; Mercury Public Affairs LLC; mercuryllc.com; Jennifer Kaufmann; mike mcSherry; Greg Lankler; Max Sandlin; Hollier & Associates; hollierllc.com; William Hollier; Thorn Run Partners; thornrun.com; Greg Lankler.

National Rifle Association; nra.org; nrahq.org; Wade Callender; Joshua Savani; Matthew Schafle; Gordon Speed; Christopher Zealand; Jack Thompson; Brandi Pensoneau; Jason Ouimet; David Lehman; Wayne LaPierre; James Holland; Brian CalabreseCapitol Strategies L.L.C.; Mike Williams; mike@mikewilliamscs,com, gunowners.org,

**Reasonably Foreseeable Harm.** The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

The Department of Commerce should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

INSTRUCTIONS REGARDING SEARCH

1. *Request for Public Records:*

Please search for any records even if they are already publicly available.

2. *Request for Electronic and Paper/Manual Searches:*

I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted. I further request that the agencies conduct a search of its "soft files" as well as files in its locked cabinets.

3. *Request regarding Photographs and other Visual Materials:*

I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the agencies maintains a photograph

digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.

4. *Request for Duplicate Pages:*

I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate" pages.

5. *Request to Search Emails:*

Please search for emails relating to the subject matter of my request.

6. *Request for Search of Records Transferred to Other Agencies:*

I request that in conducting its search, the agencies disclose releasable records even if they are available publicly through other sources outside the agencies, such as NARA.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

REQUEST FOR EXPEDITED PROCESSING

I ask that my request receive expedited processing because the issue of increasing gun violence is a crucial matter and there is a compelling public benefit informing the public US policy regarding firearms exports in a timely manner.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER


I ask that the fees be waived because I am a reporter
for Bloomberg News/Businessweek, and any information
will be used to inform the public about pressing
government policy issues.


I request a complete waiver of all search and
duplication fees. If my request for a waiver is
denied, I request that I be considered a member of the
news media for fee purposes.


Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be
furnished without any charge ... if disclosure of the
information is in the public interest because it is
likely to contribute significantly to public
understanding of the operations or activities of the
government and is not primarily in the commercial
interest of the requester." Disclosure in this case
meets the statutory criteria, as the records sought
detail the operations and activities of government.
This request is also not primarily in my commercial
request, as I am seeking the records as a journalist
to analyze and freely release to members of the
public.


If I am not granted a complete fee waiver, I request
to be considered a member of the news media for fee
purposes. I am willing to pay all reasonable
duplication expenses incurred in processing this FOIA
request.


I will appeal any denial of my request for a waiver
administratively and to the courts if necessary.

........................................................................................................................

Michael Riley
Investigative reporter at Bloomberg News and Bloomberg Businessweek
Washington bureau
(202) 807 2109
(720) 635 8553 (mobile)
@MichaelRileyDC

**Exhibit 5**



**UNITED STATES DEPARTMENT OF COMMERCE**
**International Trade Administration**
Washington, DC  20230

March 9, 2023

Michael Riley
Bloomberg News
1101 New York Ave NW
Washington, DC 20005

michaelriley@bloomberg.net

Dear Mr. Riley:

This letter serves as acknowledgment of your Freedom of Information Act (FOIA) request dated March 9, 2023 received by the International Trade Administration (ITA)] on March 9, 2023.Your FOIA request has been assigned FOIA tracking number DOC-ITA-2023-001343. Please reference this number on all communications regarding this request.

In your request, on behalf of, Bloomberg News, you seek:

> Any communications, including texts or emails, to and from the DOC's International Trade Administration which include the following keywords. Also please include all other documents within those divisions containing those keywords, including calendar entries, pre- and post- meeting briefings, and building access clearances. For emails, please search only the accounts of individuals ranked GS-15 and above.
>
> Please search for communications beginning on Jan. 1, 2017, through the present.
>
> Keywords (all keywords refer to lobbyists or lobbying organizations with interests relevant to the ITA):
>
> Crossroads Strategies, crshq.com, John Green, Stewart Hall, Elizabeth Hart, Mathew Lapins, Hunter Moorhead, Steve Tilton, Todd Weiss, Matt Wise, Anne Brady, Mathew Lapinski, Wally Burnett, Barnes & Thornburg, btlaw.com, Crain Burkhardt, Robert Grand, Bob Grand;
>
> F.A.I.R. Trade Group; fairtradegroup.org; Michael Faucette, Johanna Reeves, Bobby Cox, bobby.cox@sigsauer.com, bobbycox82@yahoo.com, jreeves@reevesdola.com;



**INTERNATIONAL**
**T R A D E**
ADMINISTRATION

National Sports Shooting Foundation; nssf.org;Steve Sanetti; Doug Painter; Lawrence Keane; Mark Oliva; Patrick Rothwell; Diane Cihota; Sean Smith; Natural Resource Results LLC; natural resourceresults.com; Mitch Butler; David Anderson; William Kelleher; Mercury Public Affairs LLC; mercuryllc.com; Jennifer Kaufmann; mike McSherry; Greg Lankler; Max Sandlin; Hollier & Associates; hollierllc.com; William Hollier; Thorn Run Partners; thornrun.com; Greg Lankler.

National Rifle Association; nra.org; nrahq.org; Wade Callender; Joshua Savani; Matthew Schafle; Gordon Speed; Christopher Zealand; Jack Thompson; Brandi Pensoneau; Jason Ouimet; David Lehman; Wayne LaPierre; James Holland; Brian CalabreseCapitol Strategies L.L.C.; Mike Williams; mike@mikewilliamscs,com, gunowners.org.

In addition, you sought expedited processing of your request under 15 C.F.R. § 4.6(f). The Department's regulations require that a "requestor who seeks expedited processing must submit a statement, certified to be true and correct to the best of that person's knowledge and belief, explaining in detail the basis for requesting expedited processing." In your paragraph addressing your compelling need of the requested records, you assert that the: " The issue of increasing gun violence is a crucial matter and there is a compelling public benefit informing the public US policy regarding firearms exports in a timely manner".

Your statement does not demonstrate:

(i)     circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual.

(ii)     the loss of substantial due process rights.

(iii)     that the records requested involve a matter of widespread and exceptional media interest involving questions about the Government's integrity which affect public confidence.

(iv)     an urgency to inform the public about an actual or alleged Federal Government activity, if made by a person primarily engaged in disseminating information.

Thus, your request for expedited processing is **denied**.

For the purpose of assessing fees on this FOIA request, you are being considered a "news media" requestor. Requesters in this category are charged for duplication only. Review time is not charged. In your letter, you agreed to pay up to $0.00 in fees. We will notify you if fees will exceed the agreed upon amount.

2



In your request, you are also seeking a fee waiver under 15 C.F.R. § 4.11(l). The FOIA directs agencies to furnish records without any charge or at a reduced charge if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester (5 U.S.C. § 552(a)(4)(A)(iii)).

Requests for fee waivers must be considered on a case-by-case basis and address the requirements for a fee waiver in sufficient detail for the agencies to make an informed decision. In determining whether the statutory requirements are met, agencies shall consider the following factors. *See* 15 C.F.R. § 4.11(l)(2).

1.  The subject matter of the requested records must specifically concern identifiable operations or activities of the government. A request for access to records for their informational content alone does not satisfy this factor.

2.  For the disclosure to be "likely to contribute" to an understanding of specific government operations or activities, the releasable material must be meaningfully informative in relation to the subject matter of the request.

3.  The disclosure must contribute to the understanding of the public at large, as opposed to the understanding of the requester or a narrow segment of interested persons. One's status as a representative of the news media alone is not enough.

4.  The disclosure must contribute "significantly" to public understanding of government operations or activities.

5.  The extent to which disclosure will serve the requester's commercial interest, if any.

6.  The extent to which the identified public interest in the disclosure outweighs the requester's commercial interest.

The statement provided in your request for a fee waiver pursuant to 15 C.F.R. § 4.11(l) did not contain sufficient evidence to support a finding that such factors exist. Therefore, your fee waiver is **granted**.

If you have any questions or concerns or would like to discuss any aspect of your request, you may contact the analyst who processed your request, **Bianca Kegler**, at <u>FOIA@trade.gov</u>.



You may also contact ITA's FOIA Public Liaison, using the following information:

> Mayank Bishnoi
> Compliance and Regulatory Affairs, Chief
> International Trade Administration
> 1401 Constitution Avenue, N.W., Room 40003
> Washington, D.C. 20230
> Email: foia@trade.gov

Please refer to your FOIA request tracking number, **DOC-ITA-2023-001343** when contacting ITA.

In addition, you may seek FOIA mediation services offered by the National Archives and Records Administration, Office of Government Information Services (OGIS). You may contact OGIS using the following information:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road-OGIS
> College Park, MD  20740-6001
> Email: ogis@nara.gov

In accordance with 15 C.F.R. §§ 4.10(a) and (b), you have the right to appeal this determination within 90 calendar days from the date of this letter. The Department deems appeals arriving after normal business hours (8:30 a.m. to 5:00 p.m., Eastern Time, Monday through Friday) as received on the next normal business day. If the 90th calendar day for submitting an appeal falls on a Saturday, Sunday or legal public holiday, an appeal received by 5:00 p.m., Eastern Time, the next business day will be deemed timely. The appeal should include a copy of the original request, this response, and a statement of the reasons why you consider the Department made this determination in error. Please mail written appeals to:

> Assistant General Counsel for Employment, Litigation, and Information
> U.S. Department of Commerce
> 1401 Constitution Avenue, N.W. Room 5896
> Washington, D.C. 20230

4



You may send an appeal by e-mail to FOIAAppeals@doc.gov, or through FOIAonline at https://www.foiaonline.gov/foiaonline/action/public/home if you have a FOIAonline account. Clearly mark "Freedom of Information Act Appeal", in the e-mail subject line, or on both the appeal letter and envelope.

Sincerely,

Bianca Kegler
FOIA Attorney
Compliance and Regulatory Affairs
International Trade Administration

5



# Exhibit 6

---

## Fwd:WAS: DOC-ITA-2023-001343

---

From: NCormier@doc.gov At: 03/21/23 10:44:42 UTC-4:00
To:  Michael Riley (BLOOMBERG/ NEWSROOM: )
Cc:  Mayank.Bishnoi@trade.gov,  foia@trade.gov
Subject: WAS: DOC-ITA-2023-001343

```
+Mayank Bishnoi, ITA FOIA Officer




Dear Mr. Riley:


Thank you for contacting the U.S. Department of Commerce's Office of
Privacy and Open Government regarding your Freedom of Information Act
(FOIA) request.


It appears that your subject request (DOC-ITA-2023-001343) was received on
March 9, 2023, is currently being processed by the International Trade
Administration (ITA).


Sincerely,
```

Nick Cormier
Deputy Program Director
for Departmental FOIA/PA and Open Government Operations
Office of Privacy and Open Government
U.S. Department of Commerce
phone: 202-482-7817

**From:** Michael Riley (BLOOMBERG/ NEWSROOM:) <michaelriley@bloomberg.net>
**Sent:** Tuesday, March 14, 2023 3:23 PM
**To:** Cormier, Nicholas (Federal) <NCormier@doc.gov>
**Subject:** Fwd:FOIA request from Bloomberg News

Hi, Nick. I don't think I've yet received a response or case
number for the below FOIA request sent Mr. Parsons on 03/09.
Just in case, I'm re-sending to you as well.


Thank you.

From: Michael Riley (BLOOMBERG/ NEWSROOM:) At: 03/09/23
12:38:03 UTC-5:00

To: bparsons@doc.gov
Subject: FOIA request from Bloomberg News


   This is a request for records under the Freedom of
   Information Act ("FOIA"), 5 U.S.C. § 552 and the
   Privacy Act, 5 U.S.C. § 552a. This request should be
   considered under both statutes to maximize the release
   of records.


   REQUESTER INFORMATION

   **Name:** Michael Riley

   **Affiliation:** Bloomberg News

   **Address:** 1101 New York Ave NW, Washington D.C. 20005

   **Email:**michaelriley@bloomberg.net

   **Phone:** (720) 635-8553


   RECORDS SOUGHT


   I request disclosure of the following records:

   Any communications, including texts or emails, to and
   from the DOC/Office of the Secretarywhich include the
   following keywords. Also please include all other
   documents within those divisions containing those

keywords, including calendar entries, pre- and post-meeting briefings, and building access clearances. For emails, please search only the accounts of individuals ranked GS-15 and above.

Please search for communications beginning on Jan. 1, 2017 through the present. Additionally, please search all units of the secretary's office, including:

Office of the Deputy Secretary; Office of the Chief of Staff; Office of the General Counsel; Office of Executive Secretariat; Office of the White House Liaison; Office of Policy and Strategic Planning; Office of Legislative and Intergovernmental Affairs; Office of Scheduling and Advance; Office of Public Affairs; Office of Business Liaison; Center for Faith-Based and Neighborhood Partnerships

Keywords (all keywords refer to lobbyists or lobbying organizations with client/member interests relevant to the Secretary's Office):

Crossroads Strategies, crshq.com, John Green, Stewart Hall, Elizabeth Hart, Mathew Lapins, Hunter Moorhead, Steve Tilton, Todd Weiss, Matt Wise, Anne Brady, Mathew Lapinski, Wally Burnett, Barnes & Thornburg, btlaw.com, Crain Burkhardt, Robert Grand, Bob Grand;

F.A.I.R.Trade Group; fairtradegroup.org; Michael Faucette, Johanna Reeves, Bobby Cox, bobby.cox@sigsauer.com, bobbycox82@yahoo.com, jreeves@reevesdola.com;

National Sports Shooting Foundation; nssf.org;Steve Sanetti; Doug Painter; Lawrence Keane; Mark Oliva; Patrick Rothwell; Diane Cihota; Sean Smith; Natural Resource Results LLC; natural resourceresults.com; Mitch Butler; David Anderson; William Kelleher; Mercury Public Affairs LLC; mercuryllc.com; Jennifer Kaufmann; mike mcSherry; Greg Lankler; Max Sandlin; Hollier & Associates; hollierllc.com; William Hollier; Thorn Run Partners; thornrun.com; Greg Lankler.

National Rifle Association; nra.org; nrahq.org; Wade Callender; Joshua Savani; Matthew Schafle; Gordon Speed; Christopher Zealand; Jack Thompson; Brandi Pensoneau; Jason Ouimet; David Lehman; Wayne LaPierre; James Holland; Brian CalabreseCapitol Strategies L.L.C.; Mike Williams; mike@mikewilliamscs,com, gunowners.org,

**<u>Reasonably Foreseeable Harm</u>**. <u>The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):</u>

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

The Department of Commerce should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

<u>INSTRUCTIONS REGARDING SEARCH</u>

1. *Request for Public Records:*

Please search for any records even if they are already publicly available.

2. *Request for Electronic and Paper/Manual Searches:*

I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted. I further request that the agencies conduct a search of its "soft files" as well as files in its locked cabinets.

3. *Request regarding Photographs and other Visual Materials:*

I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the agencies maintains a photograph

digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.

4. *Request for Duplicate Pages:*

I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate" pages.

5. *Request to Search Emails:*

Please search for emails relating to the subject matter of my request.

6. *Request for Search of Records Transferred to Other Agencies:*

I request that in conducting its search, the agencies disclose releasable records even if they are available publicly through other sources outside the agencies, such as NARA.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

REQUEST FOR EXPEDITED PROCESSING

I ask that my request receive expedited processing because the issue of increasing gun violence is a crucial matter and there is a compelling public benefit informing the public US policy regarding firearms exports in a timely manner.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER


I ask that the fees be waived because I am a reporter
for Bloomberg News/Businessweek, and any information
will be used to inform the public about pressing
government policy issues.


I request a complete waiver of all search and
duplication fees. If my request for a waiver is
denied, I request that I be considered a member of the
news media for fee purposes.


Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be
furnished without any charge ... if disclosure of the
information is in the public interest because it is
likely to contribute significantly to public
understanding of the operations or activities of the
government and is not primarily in the commercial
interest of the requester." Disclosure in this case
meets the statutory criteria, as the records sought
detail the operations and activities of government.
This request is also not primarily in my commercial
request, as I am seeking the records as a journalist
to analyze and freely release to members of the
public.


If I am not granted a complete fee waiver, I request
to be considered a member of the news media for fee
purposes. I am willing to pay all reasonable
duplication expenses incurred in processing this FOIA
request.


I will appeal any denial of my request for a waiver
administratively and to the courts if necessary.

Michael Riley
Investigative reporter at Bloomberg News and Bloomberg Businessweek
Washington bureau
(202) 807 2109
(720) 635 8553 (mobile)
@MichaelRileyDC

**From:** Michael Riley (BLOOMBERG/ NEWSROOM:) <michaelriley@bloomberg.net>
**Sent:** Thursday, March 9, 2023 12:38 PM
**To:** Jennifer Kuo <Jennifer.Kuo@bis.doc.gov>
**Subject:** FOIA request from Bloomberg News

**Exhibit 7**

---

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

---

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records.

<u>REQUESTER INFORMATION</u>

**Name:** Michael Riley

**Affiliation:** Bloomberg News

**Address:** 1101 New York Ave NW, Washington D.C. 20005

**Email:** michaelriley@bloomberg.net

**Phone:** (720) 635-8553

RECORDS SOUGHT

I request disclosure of the following records:

Any communications, including texts or emails, to and from the DOC's Bureau of Industry and Securitywhich include the following keywords. Also please include all other documents within those divisions containing those keywords, including calendar entries, pre- and post- meeting briefings, and building access clearances. For emails, please search only the accounts of individuals ranked GS-15 and above.

Please only search for communications between Jan. 1, 2017 until the present.

Keywords (all keywords refer to lobbyists or lobbying organizations with interests relevant to BIS or the CCL):

Crossroads Strategies, crshq.com, John Green, Stewart Hall, Elizabeth Hart, Mathew Lapins, Hunter Moorhead, Steve Tilton,

Todd Weiss, Matt Wise, Anne Brady, Mathew Lapinski, Wally
Burnett, Barnes & Thornburg, btlaw.com, Crain Burkhardt, Robert
Grand, Bob Grand;

F.A.I.R. Trade Group; fairtradegroup.org; Michael Faucette, Johanna
Reeves, Bobby Cox, bobby.cox@sigsauer.com, bobbycox82@yahoo.com,
jreeves@reevesdola.com;

National Sports Shooting Foundation; nssf.org; Steve Sanetti;
Doug Painter; Lawrence Keane; Mark Oliva; Patrick Rothwell;
Diane Cihota; Sean Smith; Natural Resource Results LLC;
natural resourceresults.com; Mitch Butler; David Anderson; William
Kelleher; Mercury Public Affairs LLC; mercuryllc.com; Jennifer
Kaufmann; mike McSherry; Greg Lankler; Max Sandlin; Hollier &
Associates; hollierllc.com; William Hollier; Thorn Run Partners;
thornrun.com; Greg Lankler.

National Rifle Association; nra.org; nrahq.org; Wade Callender;
Joshua Savani; Matthew Schafle; Gordon Speed; Christopher
Zealand; Jack Thompson; Brandi Pensoneau; Jason Ouimet; David
Lehman; Wayne LaPierre; James Holland; Brian CalabreseCapitol
Strategies L.L.C.; Mike Williams; mike@mikewilliamscs,com,
gunowners.org;

**Reasonably Foreseeable Harm**. The FOIA Improvement Act of 2016
amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm
an interest protected by an exemption described in subsection
(b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is
possible whenever the agency determines that a full disclosure
of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release
nonexempt information. . . .


The Department of Commerce should not fail to meet the
requirements of Section 552(a)(8) when processing my request
and release responsive records to me in full or at least in
part.

INSTRUCTIONS REGARDING SEARCH

1. *Request for Public Records:*

Please search for any records even if they are already
publicly available.

2. *Request for Electronic and Paper/Manual Searches:*

I request that searches of all electronic and paper/manual
indices, filing systems, and locations for any and all records
relating or referring to the subject of my request be
conducted. I further request that the agencies conduct a
search of its "soft files" as well as files in its locked
cabinets.

3. *Request regarding Photographs and other Visual Materials:*

I request that any photographs or other visual materials
responsive to my request be released to me in their original
or comparable forms, quality, and resolution. For example, if
a photograph was taken digitally, or if the agencies maintains
a photograph digitally, I request disclosure of the original
digital image file, not a reduced resolution version of that
image file nor a printout and scan of that image file.
Likewise, if a photograph was originally taken as a color
photograph, I request disclosure of that photograph as a color
image, not a black and white image. Please contact me for any
clarification on this point.

4. *Request for Duplicate Pages:*

I request disclosure of any and all supposedly "duplicate"
pages. Scholars analyze records not only for the information
available on any given page, but also for the relationships
between that information and information on pages surrounding
it. As such, though certain pages may have been previously
released to me, the existence of those pages within new
context renders them functionally new pages. As such, the only
way to properly analyze released information is to analyze
that information within its proper context. Therefore, I
request disclosure of all "duplicate" pages.

5. *Request to Search Emails:*

Please search for emails relating to the subject matter of my
request.

6. *Request for Search of Records Transferred to Other
Agencies:*

I request that in conducting its search, the agencies disclose releasable records even if they are available publicly through other sources outside the agencies, such as NARA.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

REQUEST FOR EXPEDITED PROCESSING


I ask that my request receive expedited processing because the issue of increasing gun violence is a crucial matter and there is a compelling public benefit informing the public US policy regarding firearms exports in a timely manner.


FEE CATEGORY AND REQUEST FOR A FEE WAIVER


I ask that the fees be waived because I am a reporter for Bloomberg News/Businessweek, and any information will be used to inform the public about pressing government policy issues.


I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.


Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.


If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in

processing this FOIA request.


I will appeal any denial of my request for a waiver
administratively and to the courts if necessary.

..........................................................................................................................................................................................................

Michael Riley
Investigative reporter at Bloomberg News and Bloomberg Businessweek
Washington bureau
(202) 807 2109
(720) 635 8553 (mobile)
@MichaelRileyDC

# Exhibit 8

---

## Fwd:FOIA Request DOC-BIS-2023-001344 Submitted

---

Michael Riley
Investigative reporter at Bloomberg News and Bloomberg Businessweek
Washington bureau
(202) 807 2109
(720) 635 8553 (mobile)
@MichaelRileyDC

From: no-reply@foiaonline.gov At: 03/09/23 13:13:41 UTC-5:00
To:  Michael Riley (BLOOMBERG/ NEWSROOM: )
Subject: FOIA Request DOC-BIS-2023-001344 Submitted

This message is to confirm your request submission to the FOIAonline application: View Request.
Request information is as follows:

- Tracking Number: DOC-BIS-2023-001344
- Requester Name: Michael Riley
- Date Submitted: 03/09/2023
- Request Status: Submitted
- Description: I request disclosure of the following records:

    Any communications, including texts or emails, to and from the DOC's Bureau of Industry and
    Security which include the following keywords. Also please include all other documents within
    those divisions containing those keywords, including calendar entries, pre- and post- meeting
    briefings, and building access clearances. For emails, please search only the accounts of
    individuals ranked GS-15 and above.

    Please only search for communications between Jan. 1, 2017 until the present.

    Keywords (all keywords refer to lobbyists or lobbying organizations with interests relevant to BIS
    or the CCL):

    Crossroads Strategies, crshq.com, John Green, Stewart Hall, Elizabeth Hart, Mathew Lapins,
    Hunter Moorhead, Steve Tilton, Todd Weiss, Matt Wise, Anne Brady, Mathew Lapinski, Wally
    Burnett, Barnes & Thornburg, btlaw.com, Crain Burkhardt, Robert Grand, Bob Grand;

    F.A.I.R. Trade Group; fairtradegroup.org; Michael Faucette, Johanna Reeves, Bobby Cox,
    bobby.cox@sigsauer.com, bobbycox82@yahoo.com, jreeves@reevesdola.com;

    National Sports Shooting Foundation; nssf.org; Steve Sanetti; Doug Painter; Lawrence Keane;
    Mark Oliva; Patrick Rothwell; Diane Cihota; Sean Smith; Natural Resource Results LLC; natural
    resourceresults.com; Mitch Butler; David Anderson; William Kelleher; Mercury Public Affairs LLC;
    mercuryllc.com; Jennifer Kaufmann; mike McSherry; Greg Lankler; Max Sandlin; Hollier &
    Associates; hollierllc.com; William Hollier; Thorn Run Partners; thornrun.com; Greg Lankler.

National Rifle Association; nra.org; nrahq.org; Wade Callender; Joshua Savani; Matthew Schafle; Gordon Speed; Christopher Zealand; Jack Thompson; Brandi Pensoneau; Jason Ouimet; David Lehman; Wayne LaPierre; James Holland; Brian CalabreseCapitol Strategies L.L.C.; Mike Williams; mike@mikewilliamscs,com, gunowners.org;

# Exhibit 9

---

## Fwd:RE: FOIA request from Bloomberg News - DOC-BIS-2023-001344

---

From: Jennifer.Kuo@bis.doc.gov At: 03/20/23 10:33:40 UTC-4:00
To:  Michael Riley (BLOOMBERG/ NEWSROOM: )
Subject: RE: FOIA request from Bloomberg News - DOC-BIS-2023-001344

Hi Mr. Riley,

Your FOIA request has been received and entered into FOIAonline (www.foiaonline.gov). The tracking number is DOC-BIS-2023-001344.

Please find attached letter requesting you to limit the scope.  If you have any questions or would like to discuss any aspects of your request, please feel free to contact me. We do require you to respond within 30 days.

Thank you,

Jennifer

Jennifer Kuo

Program Liaison for GAO-OIG Audits and FOIA

Office of Planning, Evaluation, and Management (OPEM)

Office of the Chief Financial Officer and Director of Administration (OCFO&DA)
Bureau of Industry and Security | U.S. Department of Commerce
Jennifer.Kuo@bis.doc.gov |Direct Line: 202.718.4715 | Core Hours: Mon-Fri 9am-3:30pm

**From:** Michael Riley (BLOOMBERG/ NEWSROOM:) <michaelriley@bloomberg.net>
**Sent:** Thursday, March 9, 2023 12:38 PM
**To:** Jennifer Kuo <Jennifer.Kuo@bis.doc.gov>
**Subject:** FOIA request from Bloomberg News

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records.


REQUESTER INFORMATION

**Name:** Michael Riley

**Affiliation:** Bloomberg News

**Address:** 1101 New York Ave NW, Washington D.C. 20005

**Email:** michaelriley@bloomberg.net

**Phone:** (720) 635-8553


RECORDS SOUGHT


I request disclosure of the following records:

Any communications, including texts or emails, to and from the DOC's Bureau of Industry and Securitywhich include the following keywords. Also please include all other documents within those divisions containing those keywords, including calendar entries, pre- and post- meeting briefings, and building access clearances. For emails, please search only the accounts of individuals ranked GS-15 and above.

Please only search for communications between Jan. 1, 2017 until the present.

Keywords (all keywords refer to lobbyists or lobbying organizations with interests relevant to BIS or the CCL):

Crossroads Strategies, crshq.com, John Green, Stewart Hall, Elizabeth Hart, Mathew Lapins, Hunter Moorhead, Steve Tilton,

Todd Weiss, Matt Wise, Anne Brady, Mathew Lapinski, Wally
Burnett, Barnes & Thornburg, btlaw.com, Crain Burkhardt, Robert
Grand, Bob Grand;

F.A.I.R. Trade Group; fairtradegroup.org; Michael Faucette, Johanna
Reeves, Bobby Cox, bobby.cox@sigsauer.com, bobbycox82@yahoo.com,
jreeves@reevesdola.com;

National Sports Shooting Foundation; nssf.org; Steve Sanetti;
Doug Painter; Lawrence Keane; Mark Oliva; Patrick Rothwell;
Diane Cihota; Sean Smith; Natural Resource Results LLC;
natural resourceresults.com; Mitch Butler; David Anderson; William
Kelleher; Mercury Public Affairs LLC; mercuryllc.com; Jennifer
Kaufmann; mike McSherry; Greg Lankler; Max Sandlin; Hollier &
Associates; hollierllc.com; William Hollier; Thorn Run Partners;
thornrun.com; Greg Lankler.

National Rifle Association; nra.org; nrahq.org; Wade Callender;
Joshua Savani; Matthew Schafle; Gordon Speed; Christopher
Zealand; Jack Thompson; Brandi Pensoneau; Jason Ouimet; David
Lehman; Wayne LaPierre; James Holland; Brian CalabreseCapitol
Strategies L.L.C.; Mike Williams; mike@mikewilliamscs,com,
gunowners.org;

**Reasonably Foreseeable Harm**. The FOIA Improvement Act of 2016
amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm
an interest protected by an exemption described in subsection
(b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is
possible whenever the agency determines that a full disclosure
of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release
nonexempt information. . . .


The Department of Commerce should not fail to meet the
requirements of Section 552(a)(8) when processing my request
and release responsive records to me in full or at least in
part.

INSTRUCTIONS REGARDING SEARCH

1. *Request for Public Records:*

Please search for any records even if they are already publicly available.

2. *Request for Electronic and Paper/Manual Searches:*

I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted. I further request that the agencies conduct a search of its "soft files" as well as files in its locked cabinets.

3. *Request regarding Photographs and other Visual Materials:*

I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the agencies maintains a photograph digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.

4. *Request for Duplicate Pages:*

I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate" pages.

5. *Request to Search Emails:*

Please search for emails relating to the subject matter of my request.

6. *Request for Search of Records Transferred to Other Agencies:*

I request that in conducting its search, the agencies disclose releasable records even if they are available publicly through other sources outside the agencies, such as NARA.

<u>FORMAT</u>

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

<u>REQUEST FOR EXPEDITED PROCESSING</u>

I ask that my request receive expedited processing because the issue of increasing gun violence is a crucial matter and there is a compelling public benefit informing the public US policy regarding firearms exports in a timely manner.

<u>FEE CATEGORY AND REQUEST FOR A FEE WAIVER</u>

I ask that the fees be waived because I am a reporter for Bloomberg News/Businessweek, and any information will be used to inform the public about pressing government policy issues.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. $552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in

processing this FOIA request.


I will appeal any denial of my request for a waiver
administratively and to the courts if necessary.

................................................................................

Michael Riley
Investigative reporter at Bloomberg News and Bloomberg Businessweek
Washington bureau
(202) 807 2109
(720) 635 8553 (mobile)
@MichaelRileyDC

---

**BIS-2023-001344 Limiting Scope.pdf**
211K

**UNITED STATES DEPARTMENT OF COMMERCE**
**Bureau of Industry and Security**
Washington, D.C. 20230

March 17, 2023

Mr. Michael Riley
Investigative reporter
Bloomberg News and Bloomberg Businessweek
1101 New York Ave NW
Washington D.C. 20005

Via E-mail: michaelriley@bloomberg.net

FOIAonline Number: DOC-BIS-2023-001344

Re:  Freedom of Information Act Request

Dear Mr. Riley:

This letter is in response to your FOIA request sent to the U.S. Department of Commerce, Bureau of Industry and Security on March 9, 2023, by email. You submitted this request for:

1. Any communications, including texts or emails, to and from the DOC's Bureau of Industry and Security which include the following keywords. Also please include all other documents within those divisions containing those keywords, including calendar entries, pre- and post- meeting briefings, and building access clearances. For emails, please search only the accounts of individuals ranked GS-15 and above. Please only search for communications between January 1, 2017, until the present.

   Keywords (all keywords refer to lobbyists or lobbying organizations with interests relevant to BIS or the CCL):

   a. Crossroads Strategies, crshq.com, John Green, Stewart Hall, Elizabeth Hart, Mathew Lapins, Hunter Moorhead, Steve Tilton, Todd Weiss, Matt Wise, Anne Brady, Mathew Lapinski, Wally Burnett, Barnes & Thornburg, btlaw.com, Crain Burkhardt, Robert Grand, Bob Grand;
   b. F.A.I.R. Trade Group; fairtradegroup.org; Michael Faucette, Johanna Reeves, Bobby Cox, bobby.cox@sigsauer.com, bobbycox82@yahoo.com, jreeves@reevesdola.com;
   c. National Sports Shooting Foundation; nssf.org; Steve Sanetti; Doug Painter; Lawrence Keane; Mark Oliva; Patrick Rothwell; Diane Cihota; Sean Smith; Natural Resource Results LLC; natural resourceresults.com; Mitch Butler; David Anderson; William Kelleher; Mercury Public Affairs LLC; mercuryllc.com; Jennifer Kaufmann; mike McSherry; Greg Lankler; Max Sandlin; Hollier & Associates; hollierllc.com; William Hollier; Thorn Run Partners; thornrun.com; Greg Lankler.
   d. National Rifle Association; nra.org; nrahq.org; Wade Callender; Joshua Savani; Matthew Schafle; Gordon Speed; Christopher Zealand; Jack Thompson; Brandi Pensoneau; Jason Ouimet; David Lehman; Wayne LaPierre; James Holland; Brian CalabreseCapitol

Strategies L.L.C.; Mike Williams; mike@mikewilliamscs,com, gunowners.org.

Instructions Regarding Search:

2. *Request for Public Records:*
   a. Please search for any records even if they are already publicly available.

3. *Request for Electronic and Paper/Manual Searches:*
   a. I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted. I further request that the agencies conduct a search of its "soft files" as well as files in its locked cabinets.

5. *Request regarding Photographs and other Visual Materials:*
   a. I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the agencies maintains a photograph digitally.
   b. I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph.
   c. I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.

6. *Request for Duplicate Pages:*
   a. I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate" pages.

7. *Request to Search Emails:*
   a. Please search for emails relating to the subject matter of my request.

8. *Request for Search of Records Transferred to Other Agencies:*
   a. I request that in conducting its search, the agencies disclose releasable records even if they are available publicly through other sources outside the agencies, such as NARA.

9 *Format:*
   b. I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media."

Be informed that your email request was added to the FOIAonline and your assigned tracking number is DOC-BIS-2023-001344.

We are contacting you because your request is much too broad in the number of files we would have to search. We estimated that it will take time to complete the collection of information, including the time for reviewing, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information.

We would have to search six years of files, email accounts and countless of keywords. Additionally, many files are not maintained electronically and/or in central servers; therefore, to fully comply with your request, we would need to conduct a desk-by-desk search. Such a search is simply unreasonable, impractical, and not possible within a reasonable timeframe. We are therefore, asking that you narrow down your scope for us to be able to accomplish this in a reasonable timeframe.

If you have any questions or concerns or would like to discuss any aspect of your request, you may contact the Bureau's FOIA Public Liaison, Ms. Jennifer Kuo at (202) 718-4715 or email at jennifer.kuo@bis.doc.gov during business hours.

Please refer to your FOIAonline Tracking Number when contacting us.

If clarification of your request or other communication is not received within 30 calendar days from the date of this letter, your FOIA request will be closed with no further action on our part.

Sincerely,




Keven Valentin
Chief Financial Officer and
 Director of Administration

# Exhibit 10

---

## Fwd:request to limit scope DOC-BIS-2023-001344

---

From: Michael Riley (BLOOMBERG/ NEWSROOM:) At: 03/21/23 11:11:27 UTC-4:00
To: Jennifer.Kuo@bis.doc.gov
Subject: request to limit scope DOC-BIS-2023-001344

Dear Mr. Valentin,

This is in response to your request to limit the scope of FOIAonline Number:
DOC-BIS-2023-001344. I'm happy to limit the request for a search of those
keywords in ELECTRONIC DATABASES STORED ON NETWORKED SERVERS ONLY –
including servers storing emails, electronic calendars and building access
log information. There is no need to search individual hard drives via a
desk-by-desk search.

The above limitation should make a search of the designated keywords by your
office manageable.

Regards,

Michael Riley

---

Michael Riley
Investigative reporter at Bloomberg News and Bloomberg Businessweek
Washington bureau
(202) 807 2109
(720) 635 8553 (mobile)
@MichaelRileyDC