# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG L.P.,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>   Defendant. | No. 23-cv-1513 TSC |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated August 25, 2023, Plaintiff Bloomberg L.P. ("Bloomberg") and Defendant United States Department of Commerce ("Commerce"), by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") for this suit which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Bloomberg's complaint involves 4 FOIA requests:

- "BIS SHOT Show" – a request dated February 7, 2023 and assigned tracking number DOC-BIS-2023-001067, generally seeking cost assessments and risk analyses of Commerce's involvement in the SHOT Show firearms exhibition, and communications related to the SHOT Show between the Bureau of Industry and Security ("BIS") (a component of Defendant Commerce) and certain firearm companies, the SHOT Show's sponsor, or the State Department.

- "DOC OS SHOT Show" – a request dated February 9, 2023 and assigned tracking number DOC-IOS-2023-001108, generally seeking cost assessments and risk analyses of Commerce's involvement in the SHOT Show firearms exhibition, and communications

related to the SHOT Show between Commerce's Office of the Secretary and certain firearm companies, the SHOT Show's sponsor, or the State Department.

- "ITA and Lobbyists" – a request dated March 9, 2023 and assigned tracking number DOC-ITA-2023-001343, generally seeking communications involving the International Trade Administration ("ITA") (a component of Defendant Commerce) referencing specific lobbyists or lobbying organizations.

- "BIS and Lobbyists" – a request dated March 9, 2023 and assigned tracking number DOC-BIS-2023-001344, generally seeking communications involving BIS referencing specific lobbyists or lobbying organizations.

The parties have conferred and defendant has completed production on certain portions of the request at issue and the parties continue to discuss on how to narrow the remaining request The parties therefore request additional time to meet and confer about the scope of the "BIS and Lobbyists" request, and recommend that the Court order a Joint Status Report be filed on February 20, 2024 updating the Court on the parties' progress in narrowing the scope of that request and providing an estimated timeline for the processing of that request if that discussion has completed.

Dated: January 18, 2024

/s/ Merrick Wayne
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Benton Peterson
    BENTON PETERSON
    Bar #1029849
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-2534
    Benton.Peterson@usdoj.gov

    *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG L.P., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, <br><br> Defendant. | No. 23-cv-1513 TSC |

[PROPOSED] ORDER

UPON CONSIDERATION of the Parties' Joint Status Report and the entire record herein, it is hereby

ORDERED that the Parties file a further Status Report on or before February 20, 2024

SO ORDERED:

_____

Dated                                                              United States District Judge