# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BLOOMBERG L.P.,

     Plaintiff,

v.                                                                                    No. 23-cv-1513 TSC

UNITED STATES DEPARTMENT OF
COMMERCE,

     Defendant.

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated October 16, 2023, Plaintiff Bloomberg L.P. ("Bloomberg") and Defendant United States Department of Commerce ("Commerce"), by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") for this suit which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.[1]

Bloomberg's complaint involves 4 FOIA requests:

- "BIS SHOT Show" – a request dated February 7, 2023 and assigned tracking number DOC-BIS-2023-001067, generally seeking cost assessments and risk analyses of Commerce's involvement in the SHOT Show firearms exhibition, and communications related to the SHOT Show between the Bureau of Industry and Security ("BIS") (a component of Defendant Commerce) and certain firearm companies, the SHOT Show's sponsor, or the State Department.

---

[1] The Parties had prepared a Status Report for timely filing, however, due to an internal miscommunication with Defendant the report did not get filed as planned. Defendant apologizes for any inconvenience caused by the oversight.

- "DOC OS SHOT Show" – a request dated February 9, 2023 and assigned tracking number DOC-IOS-2023-001108, generally seeking cost assessments and risk analyses of Commerce's involvement in the SHOT Show firearms exhibition, and communications related to the SHOT Show between Commerce's Office of the Secretary and certain firearm companies, the SHOT Show's sponsor, or the State Department.

- "ITA and Lobbyists" – a request dated March 9, 2023 and assigned tracking number DOC-ITA-2023-001343, generally seeking communications involving the International Trade Administration ("ITA") (a component of Defendant Commerce) referencing specific lobbyists or lobbying organizations.

- "BIS and Lobbyists" – a request dated March 9, 2023 and assigned tracking number DOC-BIS-2023-001344, generally seeking communications involving BIS referencing specific lobbyists or lobbying organizations.

As previously reported, Defendant has completed production on certain portions of the request at issue and the Plaintiff is currently reviewing the production. The parties continue to confer regarding their efforts to narrow the "BIS and Lobbyists" request.

The parties therefore request additional time to meet and confer about the scope of the "BIS and Lobbyists" request and recommend that the Court order a Joint Status Report be filed in 60 days (pursuant to the Court's March 28, 2024 Order) on June 4, 2024 updating the Court on the parties' progress in narrowing the scope of that request and providing an estimated timeline for the processing of that request if that discussion has completed.

Dated: March 29, 2024

Respectfully submitted,

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No.
MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Benton Peterson
     BENTON PETERSON
     Bar #1029849
     Assistant United States Attorney
     601 D Street NW
     Washington, DC 20530
     (202) 252-2534
     Benton.Peterson@usdoj.gov

     *Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLOOMBERG L.P., | |
| Plaintiff, | |
| v. | No. 23-cv-1513 TSC |
| UNITED STATES DEPARTMENT OF COMMERCE, | |
| Defendant. | |

[PROPOSED] ORDER

UPON CONSIDERATION of the Parties' Joint Status Report and the entire record herein,

it is hereby

ORDERED that the Parties file a further Status Report on or before June 4, 2024, and every 60 days thereafter.

SO ORDERED:


_____

Dated                                                                   United States District Judge