UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG L.P., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, <br><br> Defendant. | No. 23-cv-1513 TSC |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated March 28, 2024, Plaintiff Bloomberg L.P. ("Bloomberg") and Defendant United States Department of Commerce ("Commerce"), by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") for this suit which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Bloomberg's complaint involves 4 FOIA requests:

- "BIS SHOT Show" – a request dated February 7, 2023 and assigned tracking number DOC-BIS-2023-001067, generally seeking cost assessments and risk analyses of Commerce's involvement in the SHOT Show firearms exhibition, and communications related to the SHOT Show between the Bureau of Industry and Security ("BIS") (a component of Defendant Commerce) and certain firearm companies, the SHOT Show's sponsor, or the State Department.

- "DOC OS SHOT Show" – a request dated February 9, 2023 and assigned tracking number DOC-IOS-2023-001108, generally seeking cost assessments and risk analyses of Commerce's involvement in the SHOT Show firearms exhibition, and communications

related to the SHOT Show between Commerce's Office of the Secretary and certain firearm companies, the SHOT Show's sponsor, or the State Department.

- "ITA and Lobbyists" – a request dated March 9, 2023 and assigned tracking number DOC-ITA-2023-001343, generally seeking communications involving the International Trade Administration ("ITA") (a component of Defendant Commerce) referencing specific lobbyists or lobbying organizations.

- "BIS and Lobbyists" – a request dated March 9, 2023 and assigned tracking number DOC-BIS-2023-001344, generally seeking communications involving BIS referencing specific lobbyists or lobbying organizations.

As previously reported, Defendant has completed production on certain portions of the requests at issue and the Plaintiff is reviewing those productions. The parties have agreed upon a narrowing of the "BIS and Lobbyists" request which takes the review population to approximately 1,945 documents (comprising over 33,000 pages), and Defendant will start making rolling productions on those documents starting this month.

The parties will file another Joint Status Report in 60 days, pursuant to the Court's March 28, 2024 Minute Order, on December 6, 2024.

| | |
|---|---|
| Dated: October 7, 2024 | Respectfully submitted, |
| | |
| /s/ Merrick Wayne | MATTHEW M. GRAVES |
| Matthew Topic, D.C. Bar No. IL0037 | United States Attorney |
| Merrick Wayne, D.C. Bar No. IL0058 | D.C. Bar #481052 |
| Stephen Stich Match, D.C. Bar No. MA0044 | |
| LOEVY & LOEVY | BRIAN P. HUDAK |
| 311 North Aberdeen, 3rd Floor | Chief, Civil Division |
| Chicago, IL 60607 | |
| (Tel:) 312-243-5900 | By: /s/ Benton Peterson |
| foia@loevy.com | BENTON PETERSON |
| | Bar #1029849 |
| *Counsel for Plaintiff* | Assistant United States Attorney |
| | 601 D Street NW |
| | Washington, DC 20530 |
| | (202) 252-2534 |
| | Benton.Peterson@usdoj.gov |
| | |
| | *Counsel for Defendant* |