UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLOOMBERG L.P.,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF COMMERCE,

    Defendant.

No. 23-cv-1513 TSC

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated March 28, 2024, Plaintiff Bloomberg L.P. ("Bloomberg") and Defendant United States Department of Commerce ("Commerce"), by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") for this suit which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Bloomberg's complaint involves 4 FOIA requests:

- "BIS SHOT Show" – a request dated February 7, 2023 and assigned tracking number DOC-BIS-2023-001067, generally seeking cost assessments and risk analyses of Commerce's involvement in the SHOT Show firearms exhibition, and communications related to the SHOT Show between the Bureau of Industry and Security ("BIS") (a component of Defendant Commerce) and certain firearm companies, the SHOT Show's sponsor, or the State Department.

- "DOC OS SHOT Show" – a request dated February 9, 2023 and assigned tracking number DOC-IOS-2023-001108, generally seeking cost assessments and risk analyses of Commerce's involvement in the SHOT Show firearms exhibition, and communications

related to the SHOT Show between Commerce's Office of the Secretary and certain firearm companies, the SHOT Show's sponsor, or the State Department.

- "ITA and Lobbyists" – a request dated March 9, 2023 and assigned tracking number DOC-ITA-2023-001343, generally seeking communications involving the International Trade Administration ("ITA") (a component of Defendant Commerce) referencing specific lobbyists or lobbying organizations.

- "BIS and Lobbyists" – a request dated March 9, 2023 and assigned tracking number DOC-BIS-2023-001344, generally seeking communications involving BIS referencing specific lobbyists or lobbying organizations.

As previously reported, Defendant completed production on certain portions of the requests at issue and the Plaintiff is reviewing those productions. The parties agreed upon a narrowing of the "BIS and Lobbyists" request which reduced the review population to approximately 1,945 documents (comprising over 33,000 pages), and the parties agreed that Defendant would make rolling productions of responsive, non-exempt documents. On October 31, 2024, Defendant provided the 1st interim response comprising 715 pages responsive to Plaintiff's FOIA request. On December 2, 2024, the Defendant provided the 2nd interim response comprising 1,356 pages responsive to Plaintiff's FOIA request. On January 6, 2025, the Defendant provided the 3rd interim response comprising 514 pages responsive to Plaintiff's FOIA request. Defendant expects to continue to make rolling productions on a monthly basis through the next two status report periods.

The parties will file another Joint Status Report in 60 days, pursuant to the Court's March 28, 2024 Minute Order, on April 7, 2025.

Dated: February 4, 2024

/s/ Merrick Wayne
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C.
Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Benton Peterson
    BENTON PETERSON
    Bar #1029849
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-2534
    Benton.Peterson@usdoj.gov

*Counsel for Defendant*