UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG L.P., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, <br><br> Defendant. | No. 23-cv-1513 TSC |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated March 28, 2024, Plaintiff Bloomberg L.P. ("Bloomberg") and Defendant United States Department of Commerce ("Commerce"), by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") for this suit which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Bloomberg's complaint involves 4 FOIA requests:

- "BIS SHOT Show" – a request dated February 7, 2023 and assigned tracking number DOC-BIS-2023-001067, generally seeking cost assessments and risk analyses of Commerce's involvement in the SHOT Show firearms exhibition, and communications related to the SHOT Show between the Bureau of Industry and Security ("BIS") (a component of Defendant Commerce) and certain firearm companies, the SHOT Show's sponsor, or the State Department.

- "DOC OS SHOT Show" – a request dated February 9, 2023 and assigned tracking number DOC-IOS-2023-001108, generally seeking cost assessments and risk analyses of Commerce's involvement in the SHOT Show firearms exhibition, and communications

related to the SHOT Show between Commerce's Office of the Secretary and certain firearm companies, the SHOT Show's sponsor, or the State Department.

- "ITA and Lobbyists" – a request dated March 9, 2023 and assigned tracking number DOC-ITA-2023-001343, generally seeking communications involving the International Trade Administration ("ITA") (a component of Defendant Commerce) referencing specific lobbyists or lobbying organizations.

- "BIS and Lobbyists" – a request dated March 9, 2023 and assigned tracking number DOC-BIS-2023-001344, generally seeking communications involving BIS referencing specific lobbyists or lobbying organizations.

As previously reported, the biggest outstanding issue is the production in response to the narrowed "BIS and Lobbyists" request. On October 31, 2024, Defendant provided the 1st interim response comprising 715 pages responsive to Plaintiff's FOIA request. On December 2, 2024, the Defendant provided the 2nd interim response comprising 1,356 pages responsive to Plaintiff's FOIA request. On January 6, 2025, the Defendant provided the 3rd interim response comprising 514 pages responsive to Plaintiff's FOIA request. Defendant expects to make a 4th interim response by the end of this week, and what will likely be two additional responses prior to the next status report deadline. Defendant expects all that will remain at that time will be responsive documents undergoing consultation with other agencies.

The parties will file another Joint Status Report in 60 days, pursuant to the Court's March 28, 2024 Minute Order, on June 6, 2025.

| | |
|---|---|
| Dated: April 7, 2025 | Respectfully submitted, |
| | |
| /s/ Merrick Wayne | EDWARD R. MARTIN, JR., D.C. |
| Matthew Topic, D.C. Bar No. IL0037 | Bar #481866 |
| Merrick Wayne, D.C. Bar No. IL0058 | United States Attorney |
| Stephen Stich Match, D.C. Bar No. MA0044 | |
| LOEVY & LOEVY | BRIAN P. HUDAK |
| 311 North Aberdeen, 3rd Floor | Chief, Civil Division |
| Chicago, IL 60607 | |
| (Tel:) 312-243-5900 | By: /s/ Benton Peterson |
| foia@loevy.com | BENTON PETERSON |
| | Bar #1029849 |
| *Counsel for Plaintiff* | Assistant United States Attorney |
| | 601 D Street NW |
| | Washington, DC 20530 |
| | (202) 252-2534 |
| | Benton.Peterson@usdoj.gov |
| | |
| | *Counsel for Defendant* |