UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLOOMBERG L.P.,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF COMMERCE,

    Defendant.

No. 23-cv-1513 TSC

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated March 28, 2024, Plaintiff Bloomberg L.P. ("Bloomberg") and Defendant United States Department of Commerce ("Commerce"), by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") for this suit which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Bloomberg's complaint involves 4 FOIA requests:

- "BIS SHOT Show" – a request dated February 7, 2023 and assigned tracking number DOC-BIS-2023-001067, generally seeking cost assessments and risk analyses of Commerce's involvement in the SHOT Show firearms exhibition, and communications related to the SHOT Show between the Bureau of Industry and Security ("BIS") (a component of Defendant Commerce) and certain firearm companies, the SHOT Show's sponsor, or the State Department.

- "DOC OS SHOT Show" – a request dated February 9, 2023 and assigned tracking number DOC-IOS-2023-001108, generally seeking cost assessments and risk analyses of Commerce's involvement in the SHOT Show firearms exhibition, and communications

related to the SHOT Show between Commerce's Office of the Secretary and certain firearm companies, the SHOT Show's sponsor, or the State Department.

- "ITA and Lobbyists" – a request dated March 9, 2023 and assigned tracking number DOC-ITA-2023-001343, generally seeking communications involving the International Trade Administration ("ITA") (a component of Defendant Commerce) referencing specific lobbyists or lobbying organizations.

- "BIS and Lobbyists" – a request dated March 9, 2023 and assigned tracking number DOC-BIS-2023-001344, generally seeking communications involving BIS referencing specific lobbyists or lobbying organizations.

As previously reported, the biggest outstanding issue is the production in response to the narrowed "BIS and Lobbyists" request. On October 31, 2024, Defendant provided the 1st interim response comprising 715 pages responsive to Plaintiff's FOIA request. On December 2, 2024, the Defendant provided the 2nd interim response comprising 1,356 pages responsive to Plaintiff's FOIA request. On January 6, 2025, the Defendant provided the 3rd interim response comprising 514 pages responsive to Plaintiff's FOIA request. In the April 7, 2025 joint status report, Defendant reported that it expected to complete its initial review and produce, over what was likely to be three productions, all documents not needing consultation with other agencies by the filing of the instant status report. ECF No. 20. On April 14, 2025, the Defendant provided the 4th interim response comprising 1427 pages responsive to Plaintiff's FOIA request. Defendant reports that the 5th interim response is going through the final stages of release preparation and anticipates that it will be released today, June 6, 2025. Defendant further reports that the third release envisioned in the prior status report is now expected by the end of this month, at which time all non-exempt

responsive documents will have been produced except for those documents which may still be pending completion of the consultation process with other agencies.

The parties will file another Joint Status Report in 60 days, pursuant to the Court's March 28, 2024 Minute Order, on August 5, 2025.

| | |
|---|---|
| Dated: June 6, 2025 | Respectfully submitted, |
| */s/ Merrick Wayne*<br>Matthew Topic, D.C. Bar No. IL0037<br>Merrick Wayne, D.C. Bar No. IL0058<br>Stephen Stich Match, D.C. Bar No. MA0044<br>LOEVY & LOEVY<br>311 North Aberdeen, 3rd Floor<br>Chicago, IL 60607<br>(Tel:) 312-243-5900<br>foia@loevy.com<br><br>*Counsel for Plaintiff* | JEANINE PIRRO<br>Interim United States Attorney<br><br>By: /s/ Benton Peterson<br>　　BENTON PETERSON<br>　　Bar #1029849<br>　　Assistant United States Attorney<br>　　601 D Street NW<br>　　Washington, DC 20530<br>　　(202) 252-2534<br>　　Benton.Peterson@usdoj.gov<br><br>*Counsel for Defendant* |